

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Martin Suarez Juarez, Appellant

No. 06-14-00052-CR     v.

The State of Texas, Appellee

Appeal from the 195th District Court of Dallas County, Texas (Tr. Ct. No. F-1360355-N). Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Moseley participating.

      As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment to indicate that the statute under which appellant was convicted is Section 22.01(b)(2)(B) of the Texas Penal Code. As modified, the judgment of the trial court is affirmed.

      We note that the appellant, Martin Suarez Juarez, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED MARCH 24, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk